No. 80–1592.   PAIN, PERSONAL REPRESENTATIVE OF THE ESTATE OF PAIN, ET AL. *v.* UNITED TECHNOLOGIES CORP. C. A. D. C. Cir.   Certiorari denied.   JUSTICE POWELL took no part in the consideration or decision of this petition. ▇

No. 81–778.   SOUTHERN RAILWAY CO. ET AL. *v.* WILLIAMS ET AL.   C. A. 6th Cir.   Certiorari denied.   JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 80–1882.   CHAPMAN ET AL. *v.* DOW CHEMICAL CO. ET AL.   C. A. 2d Cir.   Motion of Ryan Family et al. for leave to file a brief as *amici curiae* granted.   Certiorari denied. JUSTICE BLACKMUN and JUSTICE O'CONNOR would grant certiorari.

No. 81–598.   AUSTIN *v.* TENNESSEE.   Sup. Ct. Tenn.; and

No. 81–5390.   SMITH *v.* MORRIS.   Sup. Ct. Va.   Certiorari denied.   Reported below: No. 81–598, 618 S. W. 2d 738; No. 81–5390, 221 Va. cxliii.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 81–769.   CANNON *v.* UNIVERSITY OF CHICAGO ET AL. C. A. 7th Cir.   Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 81–842.   HOLMAN *v.* NATIONAL RAILROAD PASSENGER CORPORATION, AKA AMTRAK.   C. A. 3d Cir.   Certiorari denied.   JUSTICE WHITE would grant certiorari. ▇